No. 9315.

TOWN OF OAK CREEK v. MANN.

Judgment affirmed on the authority of *Oak Creek v. Wiley, ante.*

*Error to Routt District Court, Shumate, Judge.*

Mr. E. W. NORLIN, for plaintiff in error.

No appearance for defendant in error.

Chief Justice White delivered the opinion of the court.

The controlling facts in this case are the same as those in the Town of Oak Creek vs. Wiley, decided at this term. That decision is determinative of the questions here involved. The application for *supersedeas* is, therefore, denied and the judgment affirmed.

*Judgment affirmed.*

Decision *en banc.*

---

No. 8737.

SMITH v. FULTON INVESTMENT COMPANY.

Judgment of the Court of Appeals (27 Col. App. 279) affirmed.

CRUMP & ALLEN, for plaintiff in error.

EDWIN H. PARK, for defendant in error.

*Error to the Court of Appeals.*

*Per curiam: en banc.*

This writ of error is to review a decision of the Court of Appeals. Fulton Investment Company vs. Smith, 27 Colo. App., 279, 149 Pac. 444. We are satisfied with the conclusions of that Court and its judgment is affirmed, and the cause remanded to the District Court.

*Judgment affirmed.*